IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DESHAWN CIRINO | No. 23-10186-ADB-6 |

## NOTICE OF ATTORNEY APPEARANCE

Please enter the appearance of undersigned counsel on behalf of Defendant, DeShawn Cirino.

Respectfully submitted,

*/s/ Amy Barsky*
AMY BARSKY (BBO # 601111)
FICK & MARX LLP
24 Federal Street, FL 4
Boston, MA 02110
(857) 321-8360
ABARSKY@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 20, 2024.

*/s/ Amy Barsky*

- 1-