IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DESHAWN CIRINO | No. 23-10186-ADB-6 |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

Mr. DeShawn Cirino, with the assent of U.S. Probation, requests that the Court grant Probation discretion to modify his curfew to accommodate his employment schedule, subject to whatever documentation requirements Probation imposes. Mr. Cirino also requests that the Court grant Probation discretion to modify the curfew as needed, going forward, for appropriate medical, employment, or other reasons. The government states that it defers to Probation.

    Respectfully submitted,

    DESHAWN CIRINO
    by his attorneys,

    */s/ Amy Barsky*
    Amy Barsky (BBO # 601111)
    William Fick (BBO # 650562)
    FICK & MARX LLP
    24 Federal Street, FL 4
    Boston, MA 02110
    (857) 321-8360
    ABARSKY@FICKMARX.COM
    WFICK@FICKMARX.COM

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 21, 2024.

    */s/ Amy Barsky*