IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DESHAWN CIRINO | No. 23-10186-ADB-6 |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

  Mr. DeShawn Cirino, with the support of U.S. Probation, requests a modification of his curfew to permit "closing shift" employment. Specifically, he requests an extension of his curfew until 1:45 am, four days per week, as indicated in the attached letter from Mr. Isaac Sierra. Mr. Sierra is the previously-proposed third-party custodian in this case. Mr. Sierra is the manager at the restaurant and will have Mr. Cirino assigned to his shifts and drive Mr. Cirino to and from work. The proposed extension until 1:45 am accommodates travel time from Walpole.

  Mr. Cirino additionally requests that the Court grant Probation discretion to modify his curfew in appropriate, individualized instances in the future, subject to Probation's procedures and documentation requirements.

  Probation supports both modifications and the government states that it defers to Probation.

            Respectfully submitted,

            DESHAWN CIRINO
            by his attorneys,

            */s/ Amy Barsky*
            Amy Barsky (BBO # 601111)
            William Fick (BBO # 650562)
            FICK & MARX LLP
            24 Federal Street, FL 4
            Boston, MA 02110
            (857) 321-8360

ABARSKY@FICKMARX.COM
WFICK@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 8, 2024.

/s/ Amy Barsky

- 2-

March 29, 2024

Dear court,

I am a family friend and I have known Deshawn Cirino since he was a little kid. I am a manager at Taco Bell in Walpole. They have a job for DeShawn and they can put him on my shifts (closing), so I can drive him. The schedule is:

Sun 6:00p-1:00a
Mon 4:00p-1:00a
Weds: 5:30-1:00am
Thurs: 5:00-1:00

I will pick Deshawn up on those days, drive him to work and bring him home after. I can have him home by 1:40am latest. I will take responsibility for him.

*Isaac Sierra*
Isaac Sierra