IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DESHAWN CIRINO | No. 23-10186-ADB-6 |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE FOR SOCIAL OCCASION**

Mr. DeShawn Cirino, with the assent of U.S. Probation, requests a modification of his curfew for one evening, this coming Monday, **December 9, 2024**, so that he can go out and celebrate his birthday with his family. He plans to go to Dave and Busters in Braintree. He requests an order from the Court authorizing a curfew extension until midnight that night.

Probation assents and the government states that it defers to Probation.

>Respectfully submitted,
>
>DESHAWN CIRINO
>by his attorneys,
>
>*/s/ Amy Barsky*
>Amy Barsky (BBO # 601111)
>William Fick (BBO # 650562)
>FICK & MARX LLP
>24 Federal Street, FL 4
>Boston, MA 02110
>(857) 321-8360
>ABARSKY@FICKMARX.COM
>WFICK@FICKMARX.COM

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 5, 2024.

               */s/ Amy Barsky*