IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DESHAWN CIRINO | No. 23-cr-10186-ADB-6 |

## MOTION FOR RULE 11 HEARING

DeShawn Cirino hereby requests a hearing under Federal Rule of Criminal Procedure 11. Mr. Cirino, who is 26 years old and has no prior criminal history, anticipates participating in the RISE program, and understands that RISE stakeholders will be making an authorization request to the Court.

Mr. Cirino is charged with racketeering conspiracy, 18 U.S.C. § 1962(d), based on his association with members of an "enterprise" described as the "Heath Street gang." He expects to plead guilty to violating the statute based on two predicate acts of marijuana distribution. The parties have agreed to defer resolution, until sentencing, of the government's further allegation, which Mr. Cirino will contest, that Mr. Cirino should be held criminally responsible for a shooting committed by two members of Heath Street using a scooter which Mr. Cirino allegedly loaned to the gang

Accordingly, Mr. Cirino requests that the Court schedule a Rule 11 hearing at its earliest opportunity.

Respectfully submitted,

DESHAWN CIRINO

by his attorneys,

*/s/  Amy Barsky*
Amy Barsky (BBO # 601111)
William Fick (BBO # 650562)
FICK & MARX LLP
24 Federal Street, FL 4
Boston, MA 02110
(857) 321-8360
ABARSKY@FICKMARX.COM
WFICK@FICKMARX.COM

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 7, 2025.

*/s/ Amy Barsky*