IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DESHAWN CIRINO | No. 23-10186-ADB-6 |

## ASSENTED-TO MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

Mr. DeShawn Cirino, with the assent of the government and U.S. Probation, requests that his evening curfew be extended to 9:00 pm, from the current curfew of 7:00 pm, with all other conditions to remain the same. As grounds he states: he has been on pre-trial release with a 7:00 pm curfew for a year without incident.

Respectfully submitted,

DESHAWN CIRINO
by his attorneys,

*/s/ Amy Barsky*
Amy Barsky (BBO # 601111)
William Fick (BBO # 650562)
FICK & MARX LLP
24 Federal Street, FL 4
Boston, MA 02110
(857) 321-8360
ABARSKY@FICKMARX.COM
WFICK@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 27, 2025.

*/s/ Amy Barsky*