# THE RISE PROGRAM

**U.S. District Court**
**U.S. Probation & Pretrial Services**

**District of Massachusetts**
**2025**

---

To:        The Honorable Allison D. Burroughs, U.S. District Judge
           AUSA Michael J. Crowley
           AUSA Lucy Sun
           AUSA Sarah Hoefle
           Attorney William W. Fick
           Attorney Amy Barsky
From:      RISE Program Committee
Re:        Deshawn Cirino, Docket # 1:23-cr-10186-ADB-6
Date:      January 27, 2025

As the Court is aware, Deshawn Cirino has been charged in a Superseding Indictment with Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity, in violation of 18 U.S.C. § 1962(d) (Count Five). Mr. Cirino has been on pretrial release since 02/27/2024. He is eligible for the RISE Program, has signed the consent form(s), and has participated in the required program screening(s)/assessment(s). The RISE Committee recommends that Mr. Cirino be accepted into the program with the following individualized requirements:

- The defendant is to participate in Restorative Justice Programming as directed by the United States Probation and Pretrial Services Office and the RISE Program.
- The defendant shall participate in cognitive behavioral treatment which may include MRT and/or Interactive Journaling as directed by the United States Probation and Pretrial Services Office and the RISE Program.
- The defendant shall refrain from any unlawful use of a controlled substance and shall refrain from the use of alcohol.
- The defendant shall participate in substance testing as directed by the United States Probation and Pretrial Services Office and the RISE program.
- The defendant shall participate in mental health treatment as directed by the United States Probation and Pretrial Services Office and the RISE Program.
- The defendant shall secure and maintain a mentor approved by and as directed by the United States Probation and Pretrial Services Office and the RISE Program.
- The defendant shall maintain employment unless otherwise excused for treatment, school, or vocational training.
- The defendant shall work towards and/or obtain his HISET.
- Subsequent to obtaining his HISET, the defendant shall participate in an educational or vocational program.

# THE RISE PROGRAM

**U.S. District Court**
**U.S. Probation & Pretrial Services**

**District of Massachusetts**
**2025**

- The defendant shall establish a prosocial activity, contact, or network.
- The defendant shall participate in educational workshop(s) made available by the Probation Office during the term of RISE Program participation (e.g., Domestic Violence education workshop; Financial Literacy workshop, etc.)
- The defendant may be asked to appear at 2 to 4 RISE sessions per year while on Probation or Supervised Release

Formal program participation will begin when the plea of guilty is entered; however, prior to the plea, the defendant may observe the RISE Court Session and may otherwise voluntarily begin to perform under the above noted plan that has been developed. RISE Court sessions are generally held on the third Wednesday of the month.

If you have any questions, please call or email Supervisory U.S. Probation Officer Christopher P. Moriarty at (508) 929-9937 or Christopher_Moriarty@map.uscourts.gov.

Mr. Cirino is accepted into the RISE Program.     X

Mr. Cirino is not accepted into the RISE Program.     _____

The Honorable Allison D. Burroughs
U.S. District Judge