IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DESHAWN CIRINO | No. 23-10186-ADB-6 |

**MOTION TO GRANT PROBATION DISCRETION TO MODIFY CURFEW**

Mr. DeShawn Cirino hereby requests that the Court grant U.S. Probation discretion to adjust his curfew as needed to attend programming at Project Place. Mr. Cirino is participating in the RISE program and is informed that this motion needs to be acted upon today, so that Mr. Cirino can attend classes early tomorrow morning. Given this timing, undersigned has reached out to the government as to its position but not yet received a response.

Respectfully submitted,

DESHAWN CIRINO
by his attorneys,

_/s/ Amy Barsky_
Amy Barsky (BBO # 601111)
William Fick (BBO # 650562)
FICK & MARX LLP
24 Federal Street, FL 4
Boston, MA 02110
(857) 321-8360
ABARSKY@FICKMARX.COM
WFICK@FICKMARX.COM

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2025.

_/s/ Amy Barsky_