IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DESHAWN CIRINO | No.  23-cr-10186-ADB-6 |

### *EX PARTE* MOTION FOR EXPEDITED TRANSCRIPT AT GOVERNMENT EXPENSE

In preparation for sentencing, Mr. Cirino requests approval to order the transcript of the February 27, 2025 Rule 11 hearing in this matter, *see* D.E. 295, on an expedited basis (7-day turnaround). As grounds counsel state: the transcript is necessary to prepare for the upcoming sentencing, including the discussion of the underlying RICO offenses for which Mr. Cirino pleaded guilty.

Respectfully submitted,

DESHAWN CIRINO
by his attorneys,

*/s/   Amy Barsky*
Amy Barsky (BBO # 601111)
William Fick (BBO # 650562)
FICK & MARX LLP
24 Federal Street, FL 4
Boston, MA 02110
(857) 321-8360
ABARSKY@FICKMARX.COM
WFICK@FICKMARX.COM

- 1-