IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

DESHAWN CIRINO

No.  23-cr-10186-ADB-6

## ASSENTED TO MOTION TO CONTINUE SENTENCING

With the assent of the government, Mr. Cirino hereby requests a one-week continuance of his sentencing hearing, currently scheduled for July 21, 2026. As grounds counsel state: they finished a three-week criminal trial in *United States v. Sadeghi*, No. 24-cr-10391-IT (D. Mass), on July 8, 2026, are still awaiting a jury verdict, and need additional time to prepare. The parties are available on July 27 and July 30, 2026.

Respectfully submitted,

DESHAWN CIRINO
by his attorneys,

/s/  Amy Barsky
Amy Barsky (BBO # 601111)
William Fick (BBO # 650562)
FICK & MARX LLP
24 Federal Street, FL 4
Boston, MA 02110
(857) 321-8360
ABARSKY@FICKMARX.COM
WFICK@FICKMARX.COM

- 1-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 13, 2026.

/s/ Amy Barsky