

*Cirino arrives on scooter to 267 Centre Street*



*Cirino meets with associates in hallways of 267 Centre Street*



*Cirino meets with associates in hallways of 267 Centre Street*



*Cirino gives scooter key*



*Cirino gives scooter key*



*Cirino sets up assailants on scooter*



*Cirino sets up assailants on scooter*



*Cirino sends off assailants on scooter*



*Cirino sends off assailants on scooter*



*Assailants arrive on scooter at Mission Hill Development*



*Two juveniles approach*



*Two juveniles fire shots*



*Assailants flee on scooter*



*Cirino walks towards rear of 267 Centre Street*



*Two juveniles dropped off at 267 Centre Street*



*Two juveniles dropped off at 267 Centre Street with others waiting*

9



*Scooter driven towards rear of 267 Centre Street*