**BostonPolice**
D E P A R T M E N T

1 SCHROEDER PLAZA | BOSTON, MA 02120

Boston PD

## I# 192062414 - Offense/Incident Report Cover Sheet

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Aug 10, 2019 00:52 | B2 | Aug 10, 2019 00:39 |

### OFFENSE-1

OFFENSE CODE

Migrated Report - Aggravated Assault/Aggravated Assault & Battery

| OFFENSE LOCATION | OCCURRED FROM DATE/TIME |
|---|---|
| ALBERT ST, BOSTON, MA 02120 | Aug 10, 2019 00:39 |

### OFFENSE-2

OFFENSE CODE

Migrated Report - Other Part II

| OFFENSE LOCATION | OCCURRED FROM DATE/TIME |
|---|---|
| ALBERT ST, BOSTON, MA 02120 | Aug 10, 2019 00:39 |

### NARRATIVE

Original Narrative:
Created: 08/10/2019 06:17:02 By: BENT, THOMAS (144447)
About 12:39am on Saturday, 08/10/2019, Officers Bent and McCabe assigned to the B105A responded to a radio call for a Shot Spotter Activation at 58 Albert Street, Roxbury.

While on patrol, officers were informed by the YB04 (Danilecki) that he heard what he believed to be multiple gun shots coming from behind Boston Police Headquarters, possibly Albert Street and Prentiss Street. While en route, officers were informed by the Channel 3 dispatcher of multiple Shot Spotter Activations that had come in for 58 Albert Street for a total of 12 rounds. Once on scene, officers along with detectives (B981, B814) and Boston Police K9 officer (TE511) located 12 spent shell casings in the area of 58 Albert Street. Ballistic evidence collected and processed by the B2 detectives.

While on scene, Officer Bent was approached by a witness (known to the Commonwealth) who stated that he had been walking down Prentis Street when he observed approximately five males engaging in gun fire. The witness stated he observed three black males (one wearing a white t shirt who was tall and skinny) standing on the left side of Albert Street (when looking down Albert from Prentis) who were shooting guns at two males who were located on the right side of Albert Street (when looking down Albert from Prentis). The witness stated the two males on the right side of the street were also firing back at the group of three males. The witness stated the males all ran off after the gun fight, the group of three ran into the Annunciation Housing Development towards what he believed to be 70 Annunciation Road. The same witness then spoke with the B981 (Pratt) and stated that prior to police arrival, he observed the three males that were engaged in the gun fire run over to a vehicle parked (in a handicap space) at 60 Albert Street (MA/9NK376). The witness stated to the B981 that the males attempted to enter the vehicle by pulling the door handles after the gun fire but observed the police vehicles and ran into the housing development.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| THOMAS BENT #144447  Aug 10, 2019 00:39 (e-signature) | AGNALDO MONTEIRO #057121  Aug 10, 2019 06:16 (e-signature) |
| PRINT NAME | PRINT NAME |
| THOMAS BENT #144447 | AGNALDO MONTEIRO #057121 |

NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.
Imported Report.

USAO-00002555

At about 1:01am, officers were informed by the Channel 3 dispatcher that the Boston Medical Center had a gunshot victim self apply

with a gunshot to the right upper thigh. The B412A (Gaffney) was dispatched to Boston Medical Center and identified the victim as Amos CARRASQUILLO ▮Redacted▮ '88). CARRASQUILLO was driven to Boston Medical Center in TENNESSE REG 5M60R5 which was still on scene. The vehicle was processed on scene by the B814. CARRASQUILLO was treated at Boston Medical Center by Doctor Steven McGuire and the injuries were deemed non-life threatening with a gunshot wound to his upper right thigh that had fractured his femur bone. CARRASQUILLO`S clothing was seized and returned to District 2 to be processed per the B981 by Officer Gaffney (B412A).

Officers then towed MA/9NK376 to District 2, per the B981. Vehicle towed by Always Open (#24644). Tow slip stored with the B2 detectives.

MA/9NK376 was issued a parking citation for parking in a handicap space (without a placard/plate) #48939552-4
Tow Line notified (Ritchberg)
Form 2012 completed.

The following units responded to the scene: B412A (Gaffney), B101A (Winrow/Cunningham), B201A (Bang/Builes), B431A (Figueroa), B433A (Rosa), B454A (Telisnor), TG01A (Pinto/Nogueira), C902 (O`Hara). TE511 (Coyne/K9 Buma), YB04 (Danelicki).

The FIO #F190047084 should be referred to in regards to other interactions with people present in the immediate area after the incident.

Supplement :
Name(s):
AMOS CARRASQUILLO
Involvement: Victim
DOB: ▮Redacted▮ 1988
Address 1: ▮Redacted▮ BSTN, MA 02130

Supplement :
Vehicle(s):
Plate: ▮▮▮
2014 BLACK FORD FUSION
VIN: ▮▮▮

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| THOMAS BENT #144447   Aug 10, 2019 00:39 (e-signature) | AGNALDO MONTEIRO #057121   Aug 10, 2019 06:16 (e-signature) |
| PRINT NAME | PRINT NAME |
| THOMAS BENT #144447 | AGNALDO MONTEIRO #057121 |

**Boston PD**

Pg 2 of 2

NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.
Imported Report.

USAO-00002556

# I# 192062414 - Offense/Incident Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Aug 10, 2019 00:52 | B2 | Aug 10, 2019 00:39 |

REPORTING OFFICER

THOMAS BENT #144447

ASSISTING PERSONNEL / TYPE(S)

JUAN DIAZ #011896 (Lead Investigator)

REPORT TAKEN LOCATION

ALBERT ST, BOSTON, MA 02120

## NARRATIVE

Original Narrative:
Created: 08/10/2019 06:17:02 By: BENT, THOMAS (144447)
About 12:39am on Saturday, 08/10/2019, Officers Bent and McCabe assigned to the B105A responded to a radio call for a Shot Spotter Activation at 58 Albert Street, Roxbury.

While on patrol, officers were informed by the YB04 (Danilecki) that he heard what he believed to be multiple gun shots coming from behind Boston Police Headquarters, possibly Albert Street and Prentiss Street. While en route, officers were informed by the Channel 3 dispatcher of multiple Shot Spotter Activations that had come in for 58 Albert Street for a total of 12 rounds. Once on scene, officers along with detectives (B981, B814) and Boston Police K9 officer (TE511) located 12 spent shell casings in the area of 58 Albert Street. Ballistic evidence collected and processed by the B2 detectives.

While on scene, Officer Bent was approached by a witness (known to the Commonwealth) who stated that he had been walking down Prentis Street when he observed approximately five males engaging in gun fire. The witness stated he observed three black males (one wearing a white t shirt who was tall and skinny) standing on the left side of Albert Street (when looking down Albert from Prentis) who were shooting guns at two males who were located on the right side of Albert Street (when looking down Albert from Prentis). The witness stated the two males on the right side of the street were also firing back at the group of three males. The witness stated the males all ran off after the gun fight, the group of three ran into the Annunciation Housing Development towards what he believed to be 70 Annunciation Road. The same witness then spoke with the B981 (Pratt) and stated that prior to police arrival, he observed the three males that were engaged in the gun fire run over to a vehicle parked (in a handicap space) at 60 Albert Street (MA/9NK376). The witness stated to the B981 that the males attempted to enter the vehicle by pulling the door handles after the gun fire but observed the police vehicles and ran into the housing development.

At about 1:01am, officers were informed by the Channel 3 dispatcher that the Boston Medical Center had a gunshot victim self apply
with a gunshot to the right upper thigh. The B412A (Gaffney) was dispatched to Boston Medical Center and identified the victim as Amos CARRASQUILLO [Redacted] /88). CARRASQUILLO was driven to Boston Medical Center in TENNESSE REG 5M60R5 which was still on scene. The vehicle was processed on scene by the B814. CARRASQUILLO was treated at Boston Medical Center by Doctor Steven McGuire and the injuries were deemed non-life threatening with a gunshot wound to his upper right thigh that had fractured his femur bone. CARRASQUILLO`S clothing was seized and returned to District 2 to be processed per the B981 by Officer Gaffney (B412A).

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| THOMAS BENT #144447  Aug 10, 2019 00:39 (e-signature) | AGNALDO MONTEIRO #057121  Aug 10, 2019 06:16 (e-signature) |
| PRINT NAME | PRINT NAME |
| THOMAS BENT #144447 | AGNALDO MONTEIRO #057121 |

**Boston PD**
Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.
Imported Report.

Pg 1 of 3

USAO-00002557

Officers then towed MA/9NK376 to District 2, per the B981. Vehicle towed by Always Open (#24644). Tow slip stored with the B2 detectives.

MA/9NK376 was issued a parking citation for parking in a handicap space (without a placard/plate) #48939552-4
Tow Line notified (Ritchberg)
Form 2012 completed.

The following units responded to the scene: B412A (Gaffney), B101A (Winrow/Cunningham), B201A (Bang/Builes), B431A (Figueroa), B433A (Rosa), B454A (Telisnor), TG01A (Pinto/Nogueira), C902 (O`Hara). TE511 (Coyne/K9 Buma), YB04 (Danelicki).

The FIO #F190047084 should be referred to in regards to other interactions with people present in the immediate area after the incident.

Supplement :
Name(s):
AMOS CARRASQUILLO
Involvement: Victim
DOB: Redacted /1988
Address 1:        Redacted        BSTN, MA 02130

Supplement :
Vehicle(s):
Plate: 9NK376
2014 BLACK FORD FUSION
VIN

## OFFENSE-1

OFFENSE CODE

### Migrated Report - Aggravated Assault/Aggravated Assault & Battery

OCCURRED FROM DATE/TIME

### Aug 10, 2019 00:39

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION

### ALBERT ST

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| BOSTON | MA | 02120 | US |

DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5

### B2

## OFFENSE-2

OFFENSE CODE

### Migrated Report - Other Part II

OCCURRED FROM DATE/TIME

### Aug 10, 2019 00:39

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION

### ALBERT ST

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| THOMAS BENT #144447   Aug 10, 2019 00:39 (e-signature) | AGNALDO MONTEIRO #057121   Aug 10, 2019 06:16 (e-signature) |
| PRINT NAME | PRINT NAME |
| THOMAS BENT #144447 | AGNALDO MONTEIRO #057121 |

**Boston PD**
Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.
Imported Report.

Pg 2 of 3

USAO-00002558

| CITY | STATE | ZIP | COUNTRY CODE |
|------|-------|-----|--------------|
| BOSTON | MA | 02120 | US |

DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5

B2

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|-----------------------------------|----------------------------|
| THOMAS BENT #144447   Aug 10, 2019 00:39 (e-signature) | AGNALDO MONTEIRO #057121   Aug 10, 2019 06:16 (e-signature) |
| PRINT NAME | PRINT NAME |
| THOMAS BENT #144447 | AGNALDO MONTEIRO #057121 |

**Boston PD**                                                                                           Pg 3 of 3

*Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.*
*Imported Report.*

USAO-00002559

## I# 192062414 - FIOE Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Aug 10, 2019 06:33 | B2 | Aug 10, 2019 00:45 |

REPORTING OFFICER

THOMAS BENT #144447

REPORT TAKEN LOCATION

54 ANNUNCIATION RD, BOSTON, MA 02120

### NARRATIVE

OFFICERS RESPONDED TO A SSA AT 58 ALBERT STREET FOR 12 ROUNDS.

OFFICERS WERE GIVEN THE DESCRIPTION OF 3 BLACK MALES, ONE WITH DREADS AND A WHITE T SHIRT WHO WERE SEEN FIRING AT 2 OTHER MALES. THE 3 FLED INTO THE ANNUNCIATION DEVELOPMENT.

OFFICERS LOCATED 3 MALES AT 54 ANNUNCIATION ROAD

██████████████████ 4) - ACTIVE ANNUNCATION RD - REFUSED TO GIVE HIS NAME AND DENIED HEARING OR SEEING GUN FIRE.
██████████████ (4)
████████████ - ACTIVE MISSION HILL

ALL PARTIES WERE UNCOOPERATIVE WITH OFFICERS.

IT SHOULD BE NOTED, A WITNESS OBSERVED 3 MALES ATTEMPT TO ENTER A VEHICLE MA/9NK376 AFTER THE GUN FIGHTS. THE VEHICLE IS REGISTERED TO ████████████ /92) WHO IS ACTIVE ANNUNCIATION ROAD.

THE VEHICLE WAS TOWED TO DISTRICT 2 TO BE PROCESSED.

OFFICERS WERE ALSO NOTIFIED THAT A HEATH STREET MEMBER (AMOS CARRASQUILLO) SELF APPLIED TO BMC ABOUT 15 MINUTES AFTER THE SHOOTING.

Name(s):



██████S
DOB: Redacted /1982
SSN: Redacted
Phone(s): Redacted
Address 1: Redacted RANDOLPH, MA 02368
Driver's License (st): Redacted

██████████
DOB: Redacted /1994
SSN Redacted

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| THOMAS BENT #144447   Aug 10, 2019 06:32 (e-signature) | Data Migration   Sep 17, 2019 09:48 (e-signature) |
| PRINT NAME | PRINT NAME |
| THOMAS BENT #144447 | Data Migration |

**Boston PD**       Pg 1 of 2
Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.
Imported Report.

USAO-00002560

Address 1 [Redacted] BSTN, MA 02124

Driver's License (st): [Redacted] (MA)

[Redacted]

DOB [Redacted] /1974

SSN: [Redacted]

Address 1: [Redacted] BSTN, MA 02118

## FIOE #F190047084

| TYPE OF CONTACT | SEIZURE START TIME |
|---|---|
| Encountered | Aug 10, 2019 00:45 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| THOMAS BENT #144447   Aug 10, 2019 06:32 (e-signature) | Data Migration   Sep 17, 2019 09:48 (e-signature) |
| PRINT NAME | PRINT NAME |
| THOMAS BENT #144447 | Data Migration |

*Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.*
*Imported Report.*

USAO-00002561

## I# 192062414 - Custodial Property Summary Report

### VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| (1) FEDERAL 40 S&W SPENT SHELL CASING MARKED BY CONE #1 | In Police Custody | | | |
| (1) WIN 9MM LUGAR SPENT SHELL CASING MARKED BY CONE #2 | In Police Custody | | | |
| (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #3 | In Police Custody | | | |
| (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #4 | In Police Custody | | | |
| (1) WIN 9MM LUGAR S&W SPENT SHELL CASING MARKED BY CONE #5 | In Police Custody | | | |
| (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #6 | In Police Custody | | | |
| (1) FEDERAL 40 S&W SPENT SHELL CASING MARKED BY CONE #7 | In Police Custody | | | |
| (1) R.P 40 S&W SPENT SHELL CASING MARKED BY CONE #8 | In Police Custody | | | |
| (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #9 | In Police Custody | | | |
| (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #10 | In Police Custody | | | |
| (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #11 | In Police Custody | | | |
| (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #12 | In Police Custody | | | |
| (1) BROWN CARDBOARD BOX WITH VICTIM'S ( AMOS CARRASQUILLOS) CLOTHING AS TAKEN BY HOSPITAL STAFF. WHITE SHIRT, RED SHIRT (CUT BY EMS) GRAY SWEAT PANTS, BOXERS, SOCKS, RED NIKE SNEAKERS. | In Police Custody | | | |

### PROPERTY & ITEMS ADDENDUM

*192062414-13 OTHER ITEM - (1) FEDERAL 40 S&W SPENT SHELL CASING MARKED BY CONE #1*

**Boston PD**
Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.
Imported Report.

Pg 1 of 4

USAO-00002562

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164450

DESCRIPTION

## (1) FEDERAL 40 S&W SPENT SHELL CASING MARKED BY CONE #1

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-14 OTHER ITEM - (1) WIN 9MM LUGAR SPENT SHELL CASING MARKED BY CONE #2*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164451

DESCRIPTION

## (1) WIN 9MM LUGAR SPENT SHELL CASING MARKED BY CONE #2

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-15 OTHER ITEM - (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #3*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164452

DESCRIPTION

## (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #3

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-16 OTHER ITEM - (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #4*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164454

DESCRIPTION

## (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #4

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-17 OTHER ITEM - (1) WIN 9MM LUGAR S&W SPENT SHELL CASING MARKED BY CONE #5*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164455

DESCRIPTION

## (1) WIN 9MM LUGAR S&W SPENT SHELL CASING MARKED BY CONE #5

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-18 OTHER ITEM - (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #6*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

USAO-00002563

IDENTIFIER

## Barcode #: EVI100164457

DESCRIPTION

## (1) WIN 40 S&W SPENT SHELL CASING MARKED BY CONE #6

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-19 OTHER ITEM - (1) FEDERAL 40 S&W SPENT SHELL CASING MARKED BY CONE #7*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164459

DESCRIPTION

## (1) FEDERAL 40 S&W SPENT SHELL CASING MARKED BY CONE #7

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-20 OTHER ITEM - (1) R.P 40 S&W SPENT SHELL CASING MARKED BY CONE #8*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164461

DESCRIPTION

## (1) R.P 40 S&W SPENT SHELL CASING MARKED BY CONE #8

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-21 OTHER ITEM - (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #9*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164462

DESCRIPTION

## (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #9

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-22 OTHER ITEM - (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #10*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164463

DESCRIPTION

## (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #10

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-23 OTHER ITEM - (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #11*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164464

**Boston PD**
Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.
Imported Report.

Pg 3 of 4

USAO-00002564

DESCRIPTION

## (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #11

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-24 OTHER ITEM - (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #12*

ITEM CATEGORY

## Ammunition/Ballistics Evidence

IDENTIFIER

## Barcode #: EVI100164465

DESCRIPTION

## (1) TULAMMO 40 S&W SPENT SHELL CASING MARKED BY CONE #12

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

*192062414-25 OTHER ITEM - (1) BROWN CARDBOARD BOX WITH VICTIM'S ( AMOS CARRASQUILLOS) CLOTHING AS TAKEN BY HOSPITAL STAFF. WHITE SHIRT, RED SHIRT (CUT BY EMS) GRAY SWEAT PANTS, BOXERS, SOCKS, RED NIKE SNEAKERS.*

ITEM CATEGORY

## Physical Evidence

IDENTIFIER

## Barcode #: EVI100164650

DESCRIPTION

## (1) BROWN CARDBOARD BOX WITH VICTIM'S ( AMOS CARRASQUILLOS) CLOTHING AS TAKEN BY HOSPITAL STAFF. WHITE SHIRT, RED SHIRT (CUT BY EMS) GRAY SWEAT PANTS, BOXERS, SOCKS, RED NIKE SNEAKERS.

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON

## WH1 / WHI

**Boston PD**
Mark43 RMS Form v2.0 generated by A. GUNTHER #098750 on Jul 4, 2022 20:27.
Imported Report.

Pg 4 of 4

USAO-00002565