# Exhibit A

July 21, 2026


Hi my name is Maricela Rosado, Deshawn Cirino's mother. Deshawn is doing really good at home. He has been a big help with his older brother Nathan. He suffers seizures, cerebral palsy , severe autism and insomnia. Deshawn stays up with him. Bathes him, makes sure he eats. At times it gives me a break to get some sleep. Deshawn has been keeping better company too. He's volunteering. He's at home at night time to help with Nathan.

Nathan doesn't like change and I hope and pray that Deshawn doesn't get taken from us and this routine doesn't have to change. I appreciate the help I have gotten from Deshawn since he's been staying with us. He's been really helpful.


Sincerely,

Maricela Rosado

July 20, 2026

To whom it may concern,

My name is Michelle Vargas I have known Deshawn Cirino for about 6 years. Deshawn is my caretaker during the week, volunteering for me, doing errands, house work, walking my dogs and assisting me with the adls [Activities of Daily Living]. I am in a wheelchair, I have respiratory failure and long covid. I have had 3 operations, 2 on my arm and 1 stomach surgery. My next operation is scheduled for 09/14 for a new hip, and then my right knee. Because I am disabled it's hard for me to do certain things regarding my adls.  Deshawn is very helpful  and caring, he helps me with housework, adls, and walking my service dog. He helps me about 30 hours a week. Without deshawn I don't have anyone else to help me.

Sincerely,

Michelle Vargas

8572479561

Cirino, Deshawn (MRN 15800034481) DOB: 12/09/1997 Encounter Date: 06/29/2026

Clinical Outreach by Kristina M. Best-Ramos, LICSW on 6/29/2026



**McINNIS HEALTH GROUP**

780 Albany Street
Boston, MA 02118-2318
Ph: (857) 654-1000 · Fax: (857) 654-1100

6/29/2026

Name:   Deshawn Cirino
DOB:    12/9/1997
Address: 3373 Park St
Dorchester MA 02124

To Whom This May Concern,

    This letter is to demonstrate that Deshawn Cirino has been engaging in individual therapy with myself since May 2025. We meet 1-2 times monthly to discuss any needs that come up. Deshawn reports that he is focused on helping his family and community and is actively looking for work. Please let me know if you have any further questions.

Sincerely,

Kristina Best-Ramos, LICSW

**Communication Routing Information**

| Recipient | Relationship | Method | Details |
|---|---|---|---|
| Deshawn Cirino | Patient | MyChart | daddenican@gmail.com |



Save Another Youth Tackwondo Inc.
Corporate Office
95 Whitfield Street #2
Dorchester MA 02124
Bus# (857) 396-8458

EIN # 20-5595045

7/15/2026

To whom It May Concern:

Deshawn Cirino did lend his services for tutoring and speaking engagements where he would give the kids in the after summer program lectures on the dangers of drugs and gangs that plague our community. He also assists us when we attend local martial arts tournaments as a chaperone.

He has been a great inspiration to the kids here at the program.

Sincerely,

Tarif Aziz
President/Founder
SAY-T INC.
EST: 2006
Phone 857-396-8458
Email@ saytinc1@yahoo.com
www.facebook.com/saytinc

President
Tarif Aziz

Vice President
Robert Stevenson

Secretary
Rommie Cain-Aziz

Treasurer
Tarif Aziz

Chief Instructor
Master Tarif Aziz

Grand Master Instructor
Robert Stevenson

Instructor
Joseph Darden



Knowledge is the Key; Use it to Unlock Your Destiny!!