IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DESHAWN CIRINO | No.  1:23-cr-10186-ADB-6 |

### DEFENDANT DESHAWN CIRINO'S MOTION FOR A COURT ORDER TO U.S. PROBATION TO RELEASE DEFENDANT'S SPECIAL EDUCATION RECORDS

U.S. Probation obtained Mr. Cirino's Special Education records and informs that it is not permitted to release them to the defense without an order from the Court. He requests that the Court order Probation to release all special education and general education records for Mr. Cirino, in order for counsel to use them in preparation for the upcoming sentencing. Counsel was unable to obtain the records from Boston directly.

Respectfully submitted,

**DESHAWN CIRINO**
by his attorneys

*/s/ Amy Barsky*
Amy Barsky (BBO #601111)
William Fick, (BBO #650562)
FICK & MARX LLP
24 Federal St. 4th Floor
Boston, MA 02110
857-321-8360
ABARSKY@FICKMARX.COM
WFICK@FICKMARX.COM

### Certificate of Service

I, Amy Barsky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 28, 2026.

*/s/ Amy Barsky*