Dear Judge

I am honestly sorry, i apologize for being in this situation and will never put myself back in this type of situation again. Going through this tuff time made me realize how important life is and how much important my family is. Thanks for allowing me to participate in the rise program which was a major help. i was pushed and motivated to do things i needed to get done which i had succeeded. thats all i needed was to be motivated. rise helped me out alot and for that i am grateful for the rise program that allowed  me to prove to everyone and my self that am a better person that could succeed in life

rise was very helpful to me. i had graduated from project place and received 2 certificates from 2 classes i had took at project place. it really made feel good about myself. i took a 10 hour general industry safety and health and received a osha 10 certificate card. i had attended a 2 day class for the restorative justice program that was helpful and very much eye opening to me on things that happens in this world and we as people are the same and equal, nobody better [than] the next person everyone makes mistakes in there life. you live and learn from your mistakes. also you forget and forgive yourself for the mistakes you made in life cause if you don't, those things will effect you for life and bring you down mentally and physically.

i learned alot from restorative justice and am grateful that i was able to attend those 2 days classes. i also been going to therapy which is very much helpful cause i been thru alot and going thru a lot. but i still remain focused and have not gave up on life cause of therapy. i get to express my feeling and thoughts sometimes i need a person i could talk to, which i still plan on going to therapy.

 i been volteering out of my heart, being  caretaker for my friend['s] mom cause he [is] not around to help her i been doing 3 days out the week for 4 to 5 hours a day. her name is michelle Vargas, she is a sweet lady that going thru  alot of surgeys during this time. i am happy to make sure she is ok. i am also a caretaker at night for my older brother i stay up most nights and keep a eye on him so that my mom could get some sleep most nights. i dont mind staying up for my brother cuase he has full blown autism and haves a lot of seizures, im scared of losing him. ill do whatever it takes for me not losein my brother. i dont sleep alot but i rather that then to lose my brother. he needs 24/7 care.

 i been volunteering at a program called save another youth Taekwondo. i been tutoring and speaking to kids about the dangers of drugs and gangs plague in our community, to lead them to the right path of goodness. i also teach karate and train with the kids. i enjoy teaching the kids and lending them to the right path. seeing

people happy makes me happy. i am also close to getting my own apparment. all these things i been doing and [ac]complished am grateful for, and thats cause of you judge and the rise program motivated me to do these things and thats what i needed, a push. thanks for allowing me to be out to get those things done and prove to people and myself that am better then what people betray [portray] me to be thanks alot jugde and am honestly sorry for being in this situation.


Deshawn Cirino