# Exhibit B

July 28, 2026

The Honorable Judge

United States District Court for the district of Massachusetts

Federal Ct,

Boston, MA 02110

Dear Your Honor,

My name is Kelley Torres, and I am writing this letter to you today on behalf of my dearest friend, DeShawn, also known as Dede to all his family and friends. I understand the gravity of the legal proceedings before you and the seriousness of the mistakes DeShawn may have made, but I am asking you to please consider the true character of the man I know. He is simply not the person the court or anyone else is trying to portray him out to be.

DeShawn Cirino made mistakes, and he knows that better than anyone. He is taking accountability for his actions. But at only 28 years old, the person he has chosen to be every single day is someone who works tirelessly to help anybody and everybody around him. He is the kind of man who would give his last anything to someone who needed it more—and even if they didn't need it more, he would still give it.

He has dedicated himself entirely to lifting up the people around him. Kids naturally gravitate toward DeShawn and look up to him. He makes sure hungry kids get fed, looks out for them, and gives them guidance, keeping them grounded just by being a steady, positive presence in their lives.

On a personal level, DeShawn saved my life. After surviving a violent attack that left me terrified to even step foot outside my own front door, it was DeShawn who pulled me out of the darkness. He is the sole reason I was able to leave my house again and rejoin the world. He patiently helped me rebuild my trust in people and introduced me to a network of

support that I desperately needed. Without his fierce loyalty and constant encouragement, I honestly do not know if I would still be here today.

DeShawn is surrounded by a massive circle of family and friends who love him fiercely and depend on him every single day. He has proven on probation that he is capable of doing good, staying focused, and being a force for positive change. Sending him away for a long time—or taking him away from the kids and the people who rely on him so heavily—would be a devastating loss for all of us, and a tragic injustice to a man who works tirelessly to make things right.

I respectfully beg you to show DeShawn mercy, to recognize the incredible amount of good he brings to the people around him every single day, and to give him the chance to continue being the leader, protector, and friend that our area so desperately needs.

Thank you for your time, your patience, and your consideration of this letter.

Respectfully,

Kelley Torres

*Kelley Torres*

857-387-7426