IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DESHAWN CIRINO

No. 23-cr-10186-ADB-6

**MOTION TO APPOINT SPECIAL CJA COUNSEL TO ASSIST WITH SUPERVISED RELEASE**

Defendant, Deshawn Cirino, respectfully requests that the Court appoint undersigned counsel, pursuant to the Criminal Justice Act, 18 USC §3006A(a)(1) and (c), to represent him in the supervised release process.

In support of the request, he states:

1. On July 30, 2026, this Court sentenced Mr. Cirino to time-served, with three years of supervised release, upon his conviction for RICO conspiracy.
2. On August 3, 2026, the Court ordered Mr. Cirino to appear before Magistrate Judge Hedges for periodic reviews. D.E. 610. As the Court is aware, Mr. Cirino needs significant support as he moves forward in trying to reach his goals.
3. Counsel appeared with Mr. Cirino at such a status conference today.
4. Magistrate Judge Hedges has scheduled the next status conference for December 7, 2026, at 10:00 am.

5. Given these ongoing proceedings, counsel requests that the Court appoint her as special CJA counsel to continue to represent Mr. Cirino during his supervised release.

6. Undersigned counsel is not on the D. Mass. CJA panel but worked closely with panel attorney William Fick in the underlying representation of Mr. Cirino. The D. Mass. CJA plan provides that in "exceptional circumstances, a judicial officer shall have the discretion to appoint an attorney not on the CJA Panel … in order to serve the interests of justice, judicial economy, continuity in representation, or if there is some other compelling circumstance warranting such appointment." Undersigned counsel respectfully submits that such circumstances are present here.

Respectfully submitted,
DESHAWN CIRINO

By counsel,
*/s/ Amy Barsky*

Amy Barsky (BBO # 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
ABARSKY@FICKMARX.COM

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 9, 2026.

*/s/ Amy Barsky*